**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JOHNNY CAMERON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: 2:15-CV-01338 |
| | § | |
| | § | |
| ALLIED WASTE SYSTEMS, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, after considering the Agreed Motion for Dismissal with Prejudice, finds that the Motion should be granted.

Accordingly, It is ordered that this case is hereby dismissed with prejudice against refiling. It is further ordered that taxable Court costs shall be paid by the respective party incurring same.

**SIGNED this 20th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE